Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Jason A. James (Bar No. 265129)
jjames@mmhlllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHISNANT,<br><br>             Plaintiff,<br><br>     vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>             Defendant. | Case No. CV11-05591 LHK<br><br>**STIPULATION TO EXTEND TIME FOR THE PRUDENTIAL INSURANCE COMPANY OF AMERICA TO RESPOND TO COMPLAINT [L.R. 6-1]**<br><br>Complaint Served:  1/4/2012<br>Current Response Date: 1/24/2012<br>New Resp. Date: 2/22/2012<br><br>Complaint Filed: November 17, 2011<br><br>Judge:  Hon. Lucy H. Koh |

   WHEREAS, Plaintiff BRIAN WHISNANT ("Plaintiff") served upon defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential") the Complaint in this action on January 4, 2012;

   WHEREAS, a responsive pleading to the Complaint must be filed and served on behalf of Prudential by January 24, 2012;

   WHEREAS, pursuant to Local Rule 6-1 of the United States District Court for the Northern District, the parties believe there is good cause to extend the time within which a responsive pleading to the Complaint must be filed and served by Prudential by thirty days to February 22, 2012;

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

123356.1

1

Case No. CV11-05591 LHK
STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT [L.R. 6-1]

IT IS HEREBY STIPULATED by and between Plaintiff and Prudential, by and through their respective attorneys of record, that the time within which a responsive pleading to Plaintiff's Complaint must be filed and served by Prudential is extended by thirty days to February 22, 2012.

IT IS SO STIPULATED.

Dated: January 20, 2012

Charles B. Perkins
FLYNN, ROSE & PERKINS

By: //s/Charles B. Perkins
    Charles B. Perkins
    Attorneys for Plaintiff
    BRIAN WHISNANT

Dated: January 20, 2012

Linda M. Lawson
Jason A. James
MESERVE, MUMPER & HUGHES LLP

By: //s/Jason A. James
    Jason A. James
    Attorneys for Defendant
    THE PRUDENTIAL INSURANCE
    COMPANY OF AMERICA

IT IS SO ORDERED.

Dated: January 23, 2012

*Lucy H. Koh*
Hon. Lucy H. Koh
Judge, United States District Court

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

123356.1

2

Case No. CV11-05591 LHK
STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT [L.R. 6-1]