Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Jason A. James (Bar No. 265129)
jjames@mmhlllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHISNANT, | Case No. CV11-05591 LHK |
| Plaintiff, | **STIPULATION AS TO STANDARD OF REVIEW** |
| vs. | Judge: Hon. Lucy H. Koh |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | AND ORDER |
| Defendant. | |

WHEREAS, this matter involves the denial of a claim for disability benefits under a group disability policy governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq.* ("ERISA");

WHEREAS, the parties have come to an agreement regarding the applicable standard of review in this particular case;

WHEREAS, the parties' agreement as to the standard of review pertains solely to this particular case and does not give rise to any waiver or prejudice in any future cases brought against defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential");

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

125224.1

1

Case No. CV11-05591 LHK
STIPULATION AS TO STANDARD OF REVIEW

1  IT IS HEREBY STIPULATED AND AGREED as follows by and between
2  the parties hereto through their respective attorneys of record:

3  1.  The parties agree that this Court shall apply a *de novo* standard of
4  review in this case.  This Stipulation regarding the appropriate standard of review is
5  specifically limited to the facts and circumstances of this particular case.

8  IT IS SO STIPULATED.

10  Dated:  April 24, 2012         Charles B. Perkins
                                   FLYNN, ROSE & PERKINS

                                   By:  *//s/Charles B. Perkins*
                                        Charles B. Perkins
                                        Attorney for Plaintiff
                                        BRIAN WHISNANT

17  Dated:  April 24, 2012         Linda M. Lawson
                                   Jason A. James
                                   MESERVE, MUMPER & HUGHES LLP

                                   By:  *//s/Jason A. James*
                                        Jason A. James
                                        Attorneys for Defendant
                                        THE PRUDENTIAL INSURANCE
                                        COMPANY OF AMERICA

24  IT IS SO ORDERED.

26  Dated:  April __25__, 2012

                                   Lucy H. Koh
                                   Hon. Lucy H. Koh
                                   Judge, United States District Court

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

125224.1

2

Case No.  CV11-05591 LHK
STIPULATION AS TO STANDARD OF REVIEW