Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Jason A. James (Bar No. 265129)
jjames@mmhlllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHISNANT, <br><br> Plaintiff, <br><br> vs. <br><br> THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | Case No. CV11-05591 LHK <br><br> **STIPULATION AS TO STANDARD OF REVIEW** <br><br> Judge:  Hon. Lucy H. Koh <br><br> AND ORDER |

WHEREAS, this matter involves the denial of a claim for disability benefits under a group disability policy governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq.* ("ERISA");

WHEREAS, the parties have come to an agreement regarding the applicable standard of review in this particular case;

WHEREAS, the parties' agreement as to the standard of review pertains solely to this particular case and does not give rise to any waiver or prejudice in any future cases brought against defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential");

IT IS HEREBY STIPULATED AND AGREED as follows by and between the parties hereto through their respective attorneys of record:

1.  The parties agree that this Court shall apply a *de novo* standard of review in this case.  This Stipulation regarding the appropriate standard of review is specifically limited to the facts and circumstances of this particular case.

IT IS SO STIPULATED.

Dated: April 24, 2012

Charles B. Perkins
FLYNN, ROSE & PERKINS

By: *//s/Charles B. Perkins*
Charles B. Perkins
Attorney for Plaintiff
BRIAN WHISNANT

Dated: April 24, 2012

Linda M. Lawson
Jason A. James
MESERVE, MUMPER & HUGHES LLP

By: *//s/Jason A. James*
Jason A. James
Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

IT IS SO ORDERED.

Dated: April  25 , 2012

*Lucy H. Koh*
Hon. Lucy H. Koh
Judge, United States District Court

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

125224.1

2

Case No.  CV11-05591 LHK
STIPULATION AS TO STANDARD OF REVIEW