Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Jason A. James (Bar No. 265129)
jjames@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHISNANT,<br><br>            Plaintiff,<br><br>    vs.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>            Defendant. | Case No. CV11-05591 LHK<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:  Hon.  Lucy H. Koh |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. CV11-05591 LHK, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

The Clerk shall close the file.

Dated: May 18, 2012

_Lucy H. Koh_
Hon. Lucy H. Koh
United States District Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

125386.1

1

ORDER RE STIPULATION FOR DISMISSAL
OF ENTIRE ACTION WITH PREJUDICE